### HILBURN v. STATE.

No. 27070.

Court of Criminal Appeals of Texas.

June 23, 1954.

No attorney on appeal for appellant.

Henry Wade, Crim. Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for robbery; the punishment assessed is confinement in the state penitentiary for life.

The indictment and all other matters of procedure appear to be in regular form. The record is before us without a statement of facts or bills of exception. In the absence thereof, nothing is presented for review.

Therefore, the judgment of the trial court is affirmed, and no motion for rehearing will be permitted to be filed.